1 DAVID L. ANDERSON (CABN 149604)
United States Attorney
2
HALLIE HOFFMAN (CABN 210020)
3 Chief, Criminal Division

4 CASEY BOOME (NYBN 5101845)
Assistant United States Attorney
5
    450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
    Telephone: (415) 436-6627
7     FAX: (415) 436-7234
    casey.boome@usdoj.gov
8     ryan.rezaei@usdoj.gov

9 Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY MCCOY,<br><br>    Defendant. | NO. CR 19-226 RS-2<br><br>STIPULATION AND ORDER DIRECTING THE UNITED STATES PROBATION OFFICE TO PREPARE A PRESENTENCE INVESTIGATION REPORT ADDRESSING THE DEFENDANT'S CRIMINAL HISTORY |

Defendant Jeffrey McCoy, by and through his undersigned counsel, Kenneth Wine, and the government, by and through Assistant United States Attorney Casey Boome, hereby stipulate and request that the Court order the United States Probation Office to prepare a Modified Presentence Investigation Report that addresses the criminal history of the defendant Jeffrey McCoy. Such a report will assist the parties in their discussions regarding a possible resolution in the above-captioned

//

//

STIP. AND PROPOSED ORDER RE CRIMINAL HISTORY PSR

criminal case.  The parties request that this report be prepared within 45 days.

     IT IS SO STIPULATED.

DATED:  April 8, 2020                        Respectfully submitted,

                                            DAVID L. ANDERSON
                                            United States Attorney

                                            /s/ *Casey Boome*
                                            CASEY BOOME
                                            Assistant United States Attorney


                                            */s/ with permission*
                                            KENNETH HOWARD WINE
                                            Attorney for Jeffrey McCoy

STIP. AND PROPOSED ORDER RE CRIMINAL HISTORY PSR

## ORDER

Based upon the foregoing Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that the United States Probation Office shall prepare a Modified Presentence Investigation Report that addresses the criminal history of defendant Jeffrey McCoy. The Court requests that the Probation Office complete the report within 45 days of this Order.

Dated: April 8, 2020

HON. RICHARD SEEBORG
United States District Court Judge

[PROPOSED] ORDER