UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19-cr-00226-RS-2 |
|---|---|
| Plaintiff, | |
| v. | **ORDER REQUESTING RESPONSE** |
| JEFFREY MCCOY, | |
| Defendant. | |

The government is requested to file a response to defendant Jeffrey McCoy's motion for a sentence reduction (Dkt. No. 379) within 10 days of the date of this order.

**IT IS SO ORDERED**.

Dated: March 3, 2023

RICHARD SEEBORG
Chief United States District Judge